**UNITED STATES DISTRICT COURT**
                       **DISTRICT OF NEW JERSEY**

    LIBERTY BELL BANK,
                                          1:13-cv-7148 (NLH/KMW)
            Plaintiff,
                                          **MEMORANDUM**
    v.                                    **OPINION & ORDER**

    LUIS G. ROGERS, LEASE GROUP
    RESOURCES, INC., LGR GROUP,
    INC., LGR CONSORTIUM, INC.,
    UNIVERSITY COPY SERVICES,
    KONICA MINOLTA BUSINESS
    SOLUTIONS, INC., FAX PLUS,
    INC., OMNI BUSINESS SYSTEMS,
    INC., and ORIGEN CAPITAL
    INVESTORS III, LLC,

            Defendants.


**APPEARANCES[1]:**

DANIEL J. DUGAN, PRO HAC VICE
JOHAN ALI ASHRAFZADEH-KIAN
SPECTOR GADON & ROSEN PC
1635 MARKET STREET
7TH FLOOR
PHILADELPHIA, PA 19103
    On behalf of Plaintiff

LUIS G. ROGERS
123 COLONIAL RD
BEVERLY, NJ 08010
    Appearing pro se

---

[1] The Court includes only the appearances of the moving party and the party that responded to the motion.

**HILLMAN**, District Judge

WHEREAS Defendant Luis G. Rogers filed a May 30, 2017 Motion; and

WHEREAS Rogers' Motion requests an order from the Court "stay[ing] further actions by plaintiff until certain critical matters have been brought to the attention of the court"; and

WHEREAS the Court has reviewed Rogers' submission and its various attachments; and

WHEREAS the Court cannot discern an articulated reason why this case, which has already had a Judgment entered against Rogers, should be stayed; and

WHEREAS the Court, in its own independent review of the record in this case and related cases, cannot discern a reason why this case should be stayed; and

THEREFORE,

IT IS on this __26th__ day of _____March_____, 2018

ORDERED that Rogers' Motion [335] be, and the same hereby is, **DENIED**.

At Camden, New Jersey
                                        s/ Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.